[No. 11074–4–I. Division One. March 14, 1983.]

CARL E. MOSES, *Respondent,* v. EUGENE OLSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–07885–2, Frank H. Roberts, Jr., J., entered November 13, 1981. *Affirmed in part* and *remanded* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 9590–1–I. Division One. March 14, 1983.]

*In the Matter of the Marriage of* CATHERINE BRAUNSCHWEIG, *Appellant, and* EITEL BRAUNSCHWEIG, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–105973, Keith Baldwin, J. Pro Tem., entered October 31, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 10258–3–I. Division One. March 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD RAY OWEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04770–8, Frank D. Howard, J., entered April 23, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.